# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

March 1, 2005

**Before**

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

No. 03-3615

| | |
|---|---|
| PEGGY FAST,<br>　　　*Plaintiff-Appellant*,<br><br>　　*v.*<br><br>JO ANNE BARNHART, Commissioner of<br>Social Security,<br>　　　*Defendant-Appellee*. | Appeal from the United States<br>　District Court for the<br>　Southern District of Indiana,<br>　Indianapolis Division.<br><br>No. IP 02-0625-C-T/L<br><br>**John Daniel Tinder**, *Judge*. |

**O R D E R**

In the above appeal, the Court's decision of February 2, 2005 is amended to read as follows:

Page 4, lines 9 and 10:  the parenthetical phrase "(1,600 jobs)"
should read "(16,000 jobs)."

**SO ORDERED**.